IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN O. FRINK, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-530-SLR |
| | ) |
| THOMAS MACLEISH, MARK W. | ) |
| SEIFERT, JOSEPH A. PAPILI, | ) |
| ANDREW J. HUDACK, STEVEN T. | ) |
| RIZZO, JOHN P. FORESTER, | ) |
| THOMAS E. GREEN, and NATE | ) |
| MCQUEEN, | ) |
| | ) |
| Defendants. | ) |

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 19th day of September, 2007, the above captioned case having been automatically referred to Magistrate Judge Leonard P. Stark on September 12, 2007,

IT IS ORDERED that, consistent with 28 U.S.C. § 636(b), Magistrate Judge Stark shall conduct all proceedings, and hear and determine all motions,[1] through the pretrial conference.[2]

_____
United States District Judge

---

[1] Dispositive motions by report and recommendation; nondispositive motions by order (either written or issued from the bench).

[2] With respect to discovery disputes, the court's Electronic Discovery Default Standard and Default Standard for Access to Source Code shall continue to be applicable.