IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN O. FRINK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-530 -SLR-LPS |
| | ) | |
| THOMAS MACLEISH, MARK W. SEIFERT, | ) | |
| JOSEPH A. PAPILI, ANDREW J. HUDACK, | ) | |
| STEVEN T. RIZZO, JOHN P. FORESTER, | ) | |
| THOMAS E. GREEN, AND | ) | |
| NATE McQUEEN. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington, this **8**th day of **January, 2008**.

**WHEREAS**, the Court issued an Order referring this case to Magistrate Judge

Leonard P. Stark to conduct all proceedings, and hear and determine all motions,

through the pretrial conference (D.I. 3) on September 20th, 2007.

**WHEREAS**, the plaintiff has failed to execute service pursuant to Rule 4 of the

Federal Rules of Civil Procedure and Practice; therefore,

**IT IS HEREBY ORDERED** that, on or before January 18, 2008, the plaintiff shall

show cause why this case should not be dismissed for failure to prosecute. FAILURE

TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE

ACTION.

_____
UNITED STATES MAGISTRATE JUDGE