IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN O. FRINK, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| V. ) | C.A. No. 07-530-SLR-LPS |
| ) | |
| THOMAS MACLEISH, MARK W. SEIFERT, ) | |
| JOSEPH A. PAPILI, ANDREW J. HUDACK, ) | |
| STEVEN T. RIZZO, JOHN P. FORESTER, ) | |
| THOMAS E. GREEN, AND ) | |
| NATE McQUEEN. ) | |

Defendants.

**MOTION FOR EXTENSION TO EXECUTE SERVICE**

Plaintiff respectfully requests an extension of 15 days to execute service Pursuant of Rule 4.

Plaintiff is attempting to obey the Court's January 8, 2008 order and related January 18, 2008 deadline. However, Plaintiff ask for a brief 15 day extension.

_____
JOHN O FRINK, JR., PLAINTIFF