# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN O. FRINK, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 07-530 SLR |
| ) | |
| THOMAS MACLEISH, ) | |
| et. al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO COMPLAINT

COMES NOW Thomas MacLeish, Mark W. Seifert, Joseph A. Papili, Andrew J. Hudack, Steven T. Rizzo, John P. Forester, Thomas E. Green, and Nate McQueen, all Troopers employed by State of Delaware, Division of State Police ("Defendants"), by and through undersigned counsel, and respectfully move this Honorable Court to enter an Order granting an enlargement of time pursuant to Fed. R. Civ. P. 6(b), within which to file a responsive pleading to the Complaint in the above-captioned case. In support of this motion, Defendants and counsel aver as follows:

1.  John O. Frink, Jr., ("Plaintiff") is a *pro se* litigant who resides, upon information and belief in New Castle County, Delaware.

2.  On or about September 4, 2007, plaintiff filed a Complaint in this Court. The complaint alleges civil rights violations in connection with a car and foot chase of Plaintiff by certain Delaware State Troopers who are named as defendants. Shots were fired at Plaintiff's vehicle during the pursuit, although he was not shot. On January 8, 2008, this Court issued an Order to Plaintiff to show cause for his failure to execute service. (D.I. #4). Plaintiff requested

and was granted a "15 day" extension of time to execute service, by Order dated January 17, 2008. (D.I. #5).

3. Service of the September 4, 2007 complaint was not executed upon the Delaware State Police Defendants, until February 6, 2008 (which was actually beyond the 15 day extension granted by the Court). (D.I. # 6-13). On that date, eight copies of the Complaint were delivered to Delaware State Police Headquarters in Dover.

4. The complaint has since been assigned to undersigned counsel, Deputy Attorney General Stephani J. Ballard.

6. According to the rules of this Court, Defendants' responsive pleading to Plaintiff's complaint would be due on Tuesday, February 26, 2008.

7. Due to the complexity of this case, involving eight individual defendants, and allegations arising out of a police shooting, which was followed by a full internal investigation, counsel will require additional time to review documents and interview witnesses to address plaintiff's allegations and formulate a response to the complaint. In addition, counsel is engaged in discovery and briefing in other matters currently pending in this Court. Accordingly, counsel will require additional time to adequately represent her clients in this matter and respond to plaintiff's detailed (24 page, 68 paragraph) complaint. Defendants hereby request an extension of time until April 25, 2008, in which to file a responsive pleading.

8. This is Defendants' first request for an extension of time to file a responsive pleading in this case.

9. A form of order is attached to this motion that will grant Defendant an extension of time until on or before April 25, 2008, in which to file a responsive pleading.

WHEREFORE, for the reasons set forth above, Defendants respectfully request that this Honorable Court grant Defendants' request for an extension of time and set the deadline for filing a responsive pleading on or before April 25, 2008.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Stephani J. Ballard
        **STEPHANI J. BALLARD**, #3481
        Deputy Attorney General
        Department of Justice
        State of Delaware
        Carvel State Office Building
        820 North French Street, 6th Fl.
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for DSP Defendants

Dated: February 19, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN O. FRINK, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C. A. No. 07-530 SLR |
| | ) |
| THOMAS MACLEISH, | ) |
| et. al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

AND NOW, this ____ day of _____, 2008, Defendants' Motion for Enlargement of Time in Which to Respond to Complaint having been heard and considered by the Court, it is hereby **ORDERED** that the Motion is **GRANTED** and the Defendant shall file a responsive pleading to the Complaint on or before **April 25, 2008**.

_____
J.

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on February 19, 2008, she caused the attached *Defendants' Motion for Enlargement of Time in Which to Respond to Complaint* to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

John O. Frink, Jr.
3700 North Market Street
Wilmington, DE 19802

MANNER OF DELIVERY:

___One true copy by facsimile transmission to each recipient

_X_ Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

/s/ Stephani J. Ballard
**STEPHANI J. BALLARD**, #3481
Deputy Attorney General
Department of Justice
State of Delaware
Carvel State Office Building
820 North French Street, 6th Fl.
Wilmington, DE 19801
(302) 577-8400
Attorney for DSP Defendants