IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN O. FRINK, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-530 SLR |
| | ) | |
| THOMAS MACLEISH, | ) | |
| et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

AND NOW, this 21st day of March, 2008, Defendants' Motion for Enlargement of Time in Which to Respond to Complaint having been heard and considered by the Court, it is hereby **ORDERED** that the Motion is **GRANTED** and the Defendant shall file a responsive pleading to the Complaint on or before **April 25, 2008**.

_____
U.S. Magistrate Judge