**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **JOHN O. FRINK, JR.,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **C. A. No. 07-530 SLR** |
| | ) |
| **THOMAS MACLEISH, individually,** | ) |
| **MARK W. SEIFERT, individually,** | ) |
| **JOSEPH A. PAPILI, individually,** | ) |
| **ANDREW J. HUDAK, individually,** | ) |
| **STEVEN T. RIZZO, individually,** | ) |
| **JOHN P. FORESTER, individually,** | ) |
| **THOMAS E. GREEN, individually,** | ) |
| **NATE MCQUEEN, individually.** | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANTS THOMAS MACLEISH, MARK W. SEIFERT,
JOSEPH A. PAPILI AND NATE MCQUEEN'S
MOTION TO DISMISS COMPLAINT**

The above-captioned Defendants: Thomas Macleish, Mark W. Seifert, Joseph A. Papili

and Nate McQueen by and through their counsel, hereby move this Honorable Court to enter an

Order dismissing Plaintiff's Complaint with prejudice, pursuant to Fed.R.Civ.P. 12(b)(6), for the

reasons set forth in the accompanying Defendants' Opening Brief in Support of Motion to

Dismiss.

**DEPARTMENT OF JUSTICE
STATE OF DELAWARE**
*/s/Stephani J. Ballard*
Stephani J. Ballard (I.D. No. 3481)
Deputy Attorney General
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
(302) 577-8400

DATED: April 25, 2008                    Attorney for Defendants

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

The undersigned certifies that on April 25, 2008, she caused the attached *Defendants*

*Thomas Macleish, Mark W. Seifert, Joseph A. Papili and Nate McQueen's Motion to Dismiss*

*Complaint* to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

John O. Frink, Jr.
3700 North Market Street
Wilmington, DE  19802

**MANNER OF DELIVERY:**

\_\_\_\_\_    One true copy by facsimile transmission to each recipient.

  X    Two true copies by first class mail, postage prepaid, to each recipient.

\_\_\_\_\_    Two true copies by Federal Express.

\_\_\_\_\_    Two true copies by hand delivery to each recipient.

/s/*Stephani J. Ballard*
Stephani J. Ballard, I.D. No. 3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
Attorney for Defendants