IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

John O. Frink, Jr.,                             :
                                                :
          Plaintiff,                         :
                                                :
v.                                              :    Civ. No. 07-530-SLR-LPS
                                                :
Thomas Macleish, et al.,                        :
                                                :
          Defendants.                        :

## ORDER

At Wilmington this **26th** day of **June, 2008**, the Court having reviewed Defendants' response (D.I. 20) to its letter of May 21, 2008 (D.I. 19), and having received no response from Plaintiff,

IT IS ORDERED that Plaintiff's answering brief in response to certain Defendants' Motion to Dismiss Complaint and pleadings related thereto (D.I. 16, 17) shall be filed on or before **July 28, 2008**. Reply briefs thereto shall be filed on or before **August 7, 2008.**

IT IS FURTHER ORDERED that all discovery and pre-trial matters shall be stayed until after such time as the Defendants' Motion to Dismiss Complaint has been fully briefed and the Court has issued a ruling on the pending motion to dismiss.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel or the parties shall advise the Court immediately of any problems regarding compliance with this Order

_____
UNITED STATES MAGISTRATE JUDGE