IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN O. FRINK, | ) | |
| Plaintiff, | ) | CIV. No. : 07-530 SLR LPS |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS MACLEISH, ET. AL., | ) | |
| Defendants. | ) | |

**PLAINTIFF'S ANSWERING BRIEF IN RESPONSE TO
CERTAIN DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

For the following reasons, I respectfully request that the Complaint in this matter not be dismissed.

1. This incident was the result of the Defendants unnecessary and unreasonable negligence and could have been avoided;

2. I received permanent and life threatening injuries as a result of the Defendants negligence and will have to live with these injuries for the remainder of my life. Also, I will incur future medical expenses as a result of this incident;

WHEREFORE, for the reasons stated above, I respectfully request that the Complaint not be dismissed and that this matter proceed to a jury trial.

_____
JOHN O. FRINK
Plaintiff, Pro Se

Date: July 25, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN O. FRINK, | ) | |
| Plaintiff, | ) | CIV. No. : 07-530 SLR LPS |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS MACLEISH, ET. AL., | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that 1 copy of the attached

**PLAINTIFF'S ANSWERING BRIEF IN RESPONSE TO CERTAIN DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

was served on July 25, 2008, by hand delivering and/or mailing to:

Stephani Ballard, Esquire
Department of Justice
820 French Street, 6th Floor
Wilmington, DE  19801


_____
**JOHN O. FRINK**
Plaintiff, Pro Se