

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

August 4, 2008

**Via CM/ECF Electronic Filing**
The Honorable Leonard P. Stark
United States District Court, District of Delaware
U.S. Courthouse
844 King Street
Lockbox 26
Wilmington, DE 19801

   Re: *Frink v. MacLeish, et. al.*
     C.A. No. 07-530 SLR/LPS

Dear Judge Stark:

  Four of the eight Defendants in the above case ("Supervisory Defendants") filed a Motion to Dismiss and Opening Brief on April 25, 2008. (D.I. #16-17). Pursuant to Your Honor's Order of June 26, 2008, you requested the *pro se* Plaintiff to file his Answering Brief to the Motion to Dismiss on or before July 28, 2008, and Defendant's Reply Brief by August 7, 2008.

  On or about July 25, 2008, Plaintiff filed a one page document as his Answering Brief. (D.I. #22). In that document, Plaintiff did not substantively respond to the legal arguments raised in the Opening Brief, but simply reiterated his claims in the Complaint that the incident was cause by Defendants' "negligence" and that he suffered serious injuries and expenses as a result. In light of Plaintiff's filing, the State Defendants will stand upon the arguments raised in the Opening Brief and will waive the filing of a reply brief as to the Motion to Dismiss. I am available if the Court has any questions or requires any additional information.

            Respectfully submitted,

            /s/ *Stephani J. Ballard*
            Stephani J. Ballard
            Deputy Attorney General

cc: John O. Frink, Jr. (via U.S. mail)